UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

GURPREET GIR,

                                        Petitioner,

v.

WARDEN, Imperial County Regional
Detention Facility, et al.,

                                        Respondents.

Case No.:  26-cv-1567-RSH-DDL

**ORDER GRANTING PETITION
FOR WRIT OF HABEAS CORPUS**

[ECF No. 3]

On March 12, 2026, petitioner Gurpreet Gir filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. The Court set a briefing schedule based on the Standard Procedures for Immigration Habeas Petitions, Chief Judge Order No. 144 (S.D. Cal. Mar. 9, 2026). *See* ECF No. 2. Petitioner thereafter filed an application for a temporary restraining order. ECF No. 3.

Petitioner argues, among other things, that rather than being subject to mandatory detention under 8 U.S.C. § 1225(b), he is entitled to an immediate bond hearing before an immigration judge under 8 U.S.C. § 1226(a). ECF No. 1 ¶ 77. Respondents have not timely filed a return, and the Court construes this request for relief as unopposed.

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for petitioner Gurpreet Gir before an immigration court pursuant to 8 U.S.C. §

26-cv-1567-RSH-DDL

1226(a) within *seven (7) days* of this order. At this hearing, the government bears the burden of establishing by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight. The Court declines to order Petitioner's immediate release. To the extent Petitioner seeks to recover attorneys' fees, he must do so by way of a noticed motion that complies with the Local Rules of this Court and the undersigned's Pretrial Civil Procedures.

In light of the foregoing disposition, Petitioner's application for a temporary restraining order [ECF No. 3] is **DENIED** as moot.

**IT IS SO ORDERED**.

Dated: March 24, 2026

Hon. Robert S. Huie
United States District Judge

26-cv-1567-RSH-DDL